

MARIA COSTANZA BARDUCCI
BARDUCCI LAW FIRM
5 West 19th Street, 10th Floor
New York, New York 10011
Telephone: 212-433-2554

**December 27, 2019**

**VIA ECF**
The Hon. Judge Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

   Re: *Carlos Ruiz Florez v. East Side Rest. Group LLC*
      Civil Action No.: 1:19-cv-08741-KPF

Dear Judge Katherine Polk Failla:

  I represent the Plaintiff in the above-referenced matter. On October 15, 2019 this Honorable Court issued an order for an Initial Pretrial Conference to be held on January 2, 2020. I am writing to inform the Court that on December 4, 2019, Defendant East Side Rest. Group LLC was served through the Secretary of the State, Defendant's time to answer expired on December 26, 2019. In light of the foregoing, we respectfully request the Court to adjourn the initial conference currently scheduled for January 2, 2020 and allow Defendant time to appear, as service may have been delayed by the Holidays. If Defendant does not appear by the second week of January, we plan to move for Default.

  I kindly request an adjournment of the Initial Conference for this action for thirty (30) day period, adjourning the Conference from January 2, 2020 to February 3, 2020.

  This is the first request for an adjournment of the Initial Conference.

  Thank you for your consideration.

             Respectfully Submitted,

             BARDUCCI LAW FIRM
             <u>s/Maria Costanza Barducci, Esq.</u>
             MARIA COSTANZA BARDUCCI, ESQ.

cc: Via CM/ECF Only

Application GRANTED.  The initial pretrial conference previously scheduled for January 2, 2020 is hereby ADJOURNED **February 3, 2020, at 4:30 p.m.**

Dated: December 27, 2019
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE