# MORTON POVMAN, P.C.

ATTORNEYS-AT-LAW

108-18 QUEENS BOULEVARD
FOREST HILLS, NEW YORK 11375
(718) 268-3000

FACSIMILE
(718) 520-8175

MORTON POVMAN
BRUCE S. POVMAN
SHARON R. POVMAN
THOMAS J. MOUNTFORT

January 31, 2020

**VIA ECF**
The Hon. Judge Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



Re: Carlos Ruiz Florez v. East Side Rest. Group LLC.
Civil Action No: 1:19-cv-08741-KPF

Dear Judge Failla:

My law firm was just recently retained by the defendant East Side Rest. Group LLC. in the above captioned action. Plaintiff's counsel gave us an extension to serve an Answer until February 5, 2020. We have not served the Answer yet.

There is currently a Court Conference currently scheduled for February 3, 2020. With the consent of plaintiff's counsel we are respectfully requesting an adjournment until March 13, 2020 in order for my firm to serve an Answer and serve discovery demands prior to the Court appearance. It appears that this conference was previously adjourned, prior to my law firm being retained by the defendant East Side Rest. Group LLC.

Thank you for your consideration.

Very truly yours,

BRUCE POVMAN

BP/br
cc:

BARDUCCI LAW FIRM
5 West 19th Street, 10th Floor
New York, NY 10011
(212) 433-2554

Application GRANTED.  Defendant East Side Rest. Group LLC
must serve its answer or otherwise respond to the complaint
on or before **February 5, 2020**.  The initial pretrial
conference previously scheduled for February 3, 2020 is
hereby ADJOURNED to **March 13, 2020, at 10:00 a.m.** in
Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley
Square, New York, NY.  The parties are hereby ORDERED to
submit a proposed case management plan and the joint status
letter described in the Court's initial notice of pretrial
conference (Dkt. #11) on or before **March 5, 2020.**


Dated: January 31, 2020          SO ORDERED.
      New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE