

MARIA COSTANZA BARDUCCI
BARDUCCI LAW FIRM
5 West 19th Street, 10th Floor
New York, New York 10011
Telephone: 212-433-2554

**March 5, 2020**

**VIA ECF**
The Hon. Judge Katherine Polk Failla
United States District Judge
United States District Court,
Southern District of New York
40 Foley Square, Courtroom 706
New York, NY 10007

      Re:    *Carlos Ruiz Florez v. East Side Rest. Group LLC et al.*
           *Civil Action No.: 1:19-cv-08741-KPF*

Dear Judge Katherine Polk Failla:

      I represent the Plaintiff in the above-referenced matter. On January 31, 2020 this Honorable Court issued an Order granting adjournment of the Initial Pre-trial Conference of February 3, 2020 to be held on March 13, 2020 at 10:00 am. I am writing to inform the Court that the Parties are actively discussing resolution and working on Settlement terms. The Parties jointly request an adjournment of thirty (30) days of this Initial Pre-trial Conference to finalize Settlement.

      This is the third request for an adjournment of the Initial Pre-trial Conference, this request is based on Defendant appearing only through counsel. If the request is denied the Parties request to appear via telephone.

      Thank you for your consideration.

           Respectfully Submitted,


           BARDUCCI LAW FIRM
           s/Maria Costanza Barducci, Esq.
           MARIA COSTANZA BARDUCCI, ESQ.


cc: Via CM/ECF Only

Application GRANTED.  The initial pretrial conference
previously scheduled for March 13, 2020, is hereby ADJOURNED
to **April 23, 2020, at 3:00 p.m.** in Courtroom 618 of the
Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.
If the parties settle this matter before the initial
pretrial conference, the parties should notify the Court.


Dated: March 5, 2020            SO ORDERED.
       New York, New York

                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE